UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

ATIC ENTERPRISES, INC.,     Plaintiff,

v.     Civil Action No. 1:14-cv-00132-DJH

COTTINGHAM & BUTLER INSURANCE     Defendants.
SERVICES, INC., et al.,

\* \* \* \* \*

## ORDER

Plaintiff Atic Enterprises, Inc., and Defendant Westchester Fire Insurance Company, d/b/a Westchester Specialty Insurance Services, Inc. ("Westchester"), both by and through counsel, have filed a stipulation of dismissal (Docket No. 47). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), all claims asserted by Plaintiff Atic Enterprises, Inc. against Defendant Westchester are **DISMISSED** without prejudice. All pending motions pertaining solely to Defendant Westchester, including its motion for summary judgment (D.N. 30), are **DENIED** as moot. The **Clerk of the Court is DIRECTED** to terminate Defendant Westchester as a party to this matter.

September 9, 2015

David J. Hale, Judge
United States District Court

1